# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| BOBBIE SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 23-00292-KD-B |
| | ) |
| WALMART, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

This action is before the Court on notice from United States Magistrate Judge Sonja F. Bivins that this action settled in mediation. Judge Bivins reports that the parties need an additional thirty (30) days to finalize the settlement.

Accordingly, this action is **DISMISSED with prejudice subject to the right of either party to reinstate this action within thirty (30) days of the date of this Order should the settlement not be finalized.**

Each party shall bear their own costs unless agreed otherwise in the settlement agreement.

**DONE** and **ORDERED** this 27th day of September 2024.

/s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE